B6C (Official Form 6C) (4/13)

In re     **Gary E. Tedford,**
         **Joy D. Tedford**

Case No. _____ **14-30294**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Lawsuit for personal injuries from falling ice against SIUE, FGM Architects, Engineers and Branner Glass** | **735 ILCS 5/12-1001(h)(4)** **735 ILCS 5/12-803, 740 ILCS 170/4** | **30,000.00** **75,000.00** | **300,000.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Total:     **105,000.00**        **300,000.00**

Best Case Bankruptcy

CERTIFICATE OF SERVICE

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF ILLINOIS

In Re: Gary & Joy Tedford                                      )

                                                    Case No. 14-30294


The undersigned does hereby certify that on August 12, 2014 a copy of the Amended Schedule C was served electronically and by U.S. Postage and to all creditors and parties in interest and the following:

Robert Eggman, Trustee
1606 Eastport Plaza Drive, Suite 110
P.O. Box 479
Collinsville, IL 62234

U.S. Trustee
401 Main Street
Suite 1100
Peoria, IL 61602


Randall P. Steele Attorney


Randall P. Steele, Attorney
Steele Law Offices, LLC
P.O. Box 280
Glen Carbon, IL 62034

(618)288-1845

#6199132